No. 710. COMMISSIONER OF INTERNAL REVENUE *v.* ESTATE OF BEDFORD ET AL. January 8, 1945. Petition for

writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Fahy* for petitioner. *Messrs. Erwin N. Griswold* and *Holt S. McKinney* for respondents.